# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 3:CR-15-214 |
| v : | (Judge Mannion) |
| **ARTHUR TAYLOR and** : | |
| **JAMIELL SIMS,** | |
| : | |
| **Defendants** | |

## O R D E R

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED:**

**1.** Taylor's and Sims' motions for disclosure of confidential informants, **(Doc. 542, Doc. 551)**, are **DENIED**, except to the extent stated in the court's Memorandum;

**2.** Taylor's and Sims' motions for full discovery and inspection pursuant to Fed.R.Crim.P. 16, **(Doc. 543, Doc. 554)**, are **GRANTED** and the government is directed to immediately provide defendants with all material to which they are entitled under Rule 16 not yet provided;

**3.** Sims' motion for early disclosure of Jencks, **(Doc. 555)**, is **DENIED**;

**4.** Taylor's and Sims' motions for the court to conduct a pre-trial hearing to determine the existence of a conspiracy, *i.e.*, James hearing, **(Doc. 544, Doc. 559)**, are **DENIED**;

**5.** Taylor's and Sims' motions for disclosure of grand jury transcripts, **(Doc. 545, Doc. 557)**, are **GRANTED IN PART and DENIED IN PART** as specified in the court's Memorandum;

**6.** Taylor's and Sims' motions to compel the government to produce any information it will use at trial pursuant to F.R.E. 404(b), **(Doc. 546, Doc. 561)**, are **GRANTED IN PART** and **DENIED IN PART** as specified in the court's Memorandum;

**7.** Taylor's and Sims' motions to compel the government to produce any information it will use at trial pursuant to F.R.E. 609, **(Doc. 546, Doc. 561)**, are **GRANTED IN PART** and **DENIED IN PART GRANTED** ;

**8.** Taylor's and Sims' motions to compel the government to immediately disclose any hearsay statements as an exception to the hearsay rule under F.R.E. 807 it will use at trial, **(Doc. 547, Doc. 562)**, are **DENIED**;

**9.** Taylor's motion to direct the government to provide him with a Bill of Particulars pursuant to Fed.R.Crim.P. 7(f), **(Doc. 548)**, is **DENIED**;

**10.** Taylor's and Sims' motions to direct the government to provide them with its expert information pursuant to Fed.R.Crim.P. 16(a)(1)(G), **(Doc. 549, Doc. 556)**, are **GRANTED**;

**11.** Sims' motion for the court to direct the government to preserve notes, reports and evidence, **(Doc. 552)**, is **GRANTED IN PART and DENIED IN PART** as specified in the court's Memorandum and the motion to direct the government to immediately produce and preserve tapes of law enforcement interviews, **(Doc. 553)**, are **DENIED**;

**12.** Sims' motion for notice pursuant to Rule 12(b)(4)(B) of any evidence the government intends to use in its case-in-chief, **(Doc. 558)**, is **DENIED**;

and

**13.** Sims' motion for disclosure of exculpatory evidence and evidence bearing on the credibility of government witnesses, **(Doc. 560)**, is **GRANTED IN PART** as specified in the court's Memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Dated: April 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0214-03-Order.wpd