# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | 3:CR-15-214 |
| ARTHUR TAYLOR, | : | (Judge Mannion) |
| | : | |
| Defendant | | |

## O R D E R

Based on the foregoing memorandum, defendant Taylor's motion to sever Counts 8 and 9 from the other Counts against him in the Third Superseding Indictment and for a separate trial on Counts 8 and 9, **(Doc. 699)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 7, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0214-04-Order.wpd