# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

:

    **v** :     **3:CR-15-214**

**ARTHUR TAYLOR,** :     **(Judge Mannion)**

:

    **Defendant**

## O R D E R

Based on the foregoing memorandum, defendant Taylor's motion in limine to preclude the government from offering certain evidence at trial, **(Doc. 727)**, is **GRANTED IN PART** and **DENIED IN PART**.

Taylor's motion in limine is **GRANTED** regarding his four prior misdemeanor convictions and any evidence with respect to these convictions is precluded at trial.

Taylor's motion in limine regarding the exclusion of any evidence related to his two felony narcotics convictions from 2005 for purposes of impeachment if he testifies at trial is **DENIED**. The government is only permitted to refer to prior "felony convictions" of Taylor without stating the nature of the convictions for purposes of impeachment if he testifies at trial.

Taylor's motion in limine is **DENIED** to the extent he seeks to preclude the government from presenting evidence that the .357 handgun was used by Maldondo during the August 2013 home invasion robbery. Taylor's motion is **GRANTED** to the extent he seeks to preclude the government from offering

any evidence that the .357 handgun was later used in January 2014 in the drive-by shooting of Kravchenko.

Taylor's motion in limine is **DENIED** to the extent he seeks to preclude M.M. from testifying that she was pregnant with Taylor's baby when she was working for the P-Black Stones as a prostitute and that Taylor assaulted her which lead to her break with Taylor and the P-Black Stones gang. Taylor's motion is **GRANTED** to the extent that M.M. will not be allowed to testify that sometime after the alleged assault by Taylor she had a miscarriage.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 7, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0214-05-Order.wpd