# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | 3:CR-15-214 |
| ARTHUR TAYLOR and JORDAN CAPONE, | : | (Judge Mannion) |
| | : | |
| Defendants | | |

## O R D E R

Based on the foregoing memorandum, defendant Taylor's and defendant Capone's joint motion in limine pursuant to FRE 412 to introduce evidence and testimony of prior and subsequent prostitute related activities by the government's victim witnesses, **(Doc. 730)**, is **DENIED**. However, the defendants will be allowed to cross examine government's victim witnesses about their prostitution activities for the defendants and other members of the Black P-Stones during the conspiracy alleged in the Third Superseding Indictment.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 7, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0214-06-Order.wpd